ROBERT M. HELFEND, SBN 113380
22337 Pacific Coast Hwy.,
 No. 309
Malibu, CA 90265
818-591-2809
rmhelfend@gmail.com
Attorney for Defendant
MOHAMMAD ALI RABBANI
ADEBA SULTANA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-751-EJD |
| Plaintiff, | (~~PROPOSED~~) ORDER CONTINUING SENTENCING DATE |
| v. | |
| MOHAMMAD ALI RABBANI, ADEBA SULTANA, | |
| Defendant. | |

Pursuant to the stipulation of the parties requesting permission to continue the sentencing date.

**FOR GOOD CAUSE SHOWN**

**IT IS HEREBY ORDERED** that the sentencing date of January 7, 2013 at 1:30 p.m. is continued to March 11, 2013 at 1:30 p.m. as to BOTH defendants.

Dated: January 3, 2013

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

Submitted by:

   /s/
_____
ROBERT M. HELFEND
Attorney for Defendant,
MOHAMMAD ALI RABBANI
ADEBA SULTANA